# United States Court of Appeals
## for the Fifth Circuit

No. 23-30294

United States Court of Appeals
Fifth Circuit

**FILED**

May 22, 2026

Lyle W. Cayce
Clerk

PLAQUEMINES PARISH,

*Plaintiff—Appellee*,

LOUISIANA STATE; LOUISIANA DEPARTMENT OF NATURAL RESOURCES, *Office of Coastal Management, Thomas F. Harris, Secretary*,

*Intervenors—Appellees*,

*versus*

BP AMERICA PRODUCTION COMPANY, As *Successor in Interest to* AMOCO PRODUCTION COMPANY; BURLINGTON RESOURCES OIL & GAS COMPANY, L.P.; CHEVRON USA, INCORPORATED, As *Successor in Interest to* CHEVRON OIL COMPANY, THE CALIFORNIA COMPANY and GULF OIL CORPORATION; EXXON MOBIL CORPORATION, As *Successor in Interest to* THE SUPERIOR OIL COMPANY; SHELL OFFSHORE, INCORPORATED; SHELL OIL COMPANY; CHEVRON U.S.A. HOLDINGS, INCORPORATED, As *Successor in Interest to* TEXACO E&P INCORPORATED. and TEXACO INCORPORATED; TEXAS COMPANY; CHEVRON PIPE LINE COMPANY, As *Successor in Interest to* GULF REFINING COMPANY,

*Defendants—Appellants*,

CONSOLIDATED WITH

No. 23-30422

PARISH OF CAMERON,

*Plaintiff—Appellee*,

STATE OF LOUISIANA, *ex rel*, *on behalf of* JEFF LANDRY; STATE OF LOUISIANA, *on behalf of Louisiana Department of Natural Resources, on behalf of Office of Coastal Management, on behalf of Thomas F. Harris*,

*Intervenor Plaintiffs—Appellees*,

*versus*

BP AMERICA PRODUCTION COMPANY; CHEVRON U.S.A. INCORPORATED, OWN CAPACITY & *as successor in interest, on behalf of* CALIFORNIA COMPANY; SHELL OIL COMPANY; SWEPI, L.P.,

*Defendants—Appellants*.

———————————————————

Appeal from the United States District Court
for the Eastern District of Louisiana
USDC Nos. 2:18-CV-5256, 2:18-CV-688

———————————————————

ON REMAND FROM
THE SUPREME COURT OF THE UNITED STATES

Before DAVIS, ENGELHARDT, and OLDHAM, *Circuit Judges*.

PER CURIAM:

This case is before us on remand from the Supreme Court. The Supreme Court vacated the judgment of our court, having concluded Chevron plausibly alleged its case satisfied the "relating to" requirement in the federal officer removal statute, 28 U.S.C. § 1442(a)(1). *Chevron USA Inc. v. Plaquemines Par.*, 608 U.S. ----, 146 S. Ct. 1052, 1061, 1063 (2026). In turn,

2

23-30294
c/w No. 23-30422

we REMAND the cases to the respective district courts for proceedings consistent with the Supreme Court's opinion.